587 A.2d 727

In re Condemnation by the Commonwealth of Pennsylvania, Public Utility Commission of Right-of-Way for Legislative Route 1058, Section A04, a limited access highway in South Union Township.

**Andrew BARRON and Helen Barron and Frank Horvath and Anna Horvath**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 1991.

Decided March 21, 1991.

Reargument Denied May 9, 1991.

Gina M. D'Alfonso and Kathryn Linn–Stevenson, Pittsburgh, for appellant.

Anne Naomi John and Simon B. John, Uniontown, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court reversed. *See Huss v. Commonwealth of Pennsylvania, Department of Transportation*, 99 Pa.Comm. 386, 512 A.2d 1356 (1986).